■ In the Matter of JUAN L., a Person Alleged to be a Juvenile Delinquent, Appellant. [955 NYS2d 866]

The court providently exercised its discretion in imposing a juvenile delinquency adjudication with probation. Concur— Mazzarelli, J.P., Friedman, Catterson, Renwick and Freedman, JJ.